UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER Jr., | No. 2:21-cv-00744-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| CHCF, et al., | |
| Defendants. | |

Plaintiff Billy Driver Jr. ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 14, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 7.)  Plaintiff has not filed any timely objections to the findings and recommendations.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 14, 2021 (ECF No. 7), are ADOPTED IN FULL;

2. Plaintiff's Application to Proceed *in Forma Pauperis* (ECF No. 4) is DENIED; and

3. Plaintiff is ordered to pay the $402 filing fee within fourteen days from the date of service of this Order and is warned that failure to do so will result in the dismissal of this action.

IT IS SO ORDERED.

DATED: August 4, 2021

                                              Troy L. Nunley
                                              United States District Judge