UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, Jr,<br><br>           Plaintiff,<br><br>   v.<br><br>CHCF, et al.,<br><br>           Defendants. | No. 2:21-cv-00744-TLN-EFB<br><br>**ORDER** |

      Plaintiff Billy Driver Jr. ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 6, 2021, the Court denied Plaintiff's application for leave to proceed *in forma pauperis* because Plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted Plaintiff fourteen days within which to pay the $402 filing fee for this action. (ECF No. 8.) Plaintiff was warned that failure to timely pay the filing fee would result in the dismissal of this action. *Id.* The deadline to pay the filing fee has passed and Plaintiff has not paid the fee.

      Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED.

///

///

1  IT IS SO ORDERED.

2  Dated:  September 7, 2021

Troy L. Nunley
United States District Judge